## MEDFORD v. STATE.
No. 15955.

Court of Criminal Appeals of Texas.
May 17, 1933.

Byron Skelton, of Temple, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment being 27 years in the penitentiary.

The indictment is in proper form. The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.